# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00024-RJC-DSC

| | |
|---|---|
| PANDUIT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CORNING OPTICAL ) | |
| COMMUNICATIONS LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit [for Kelly J. Everspecher, Daniel S. Stringfield and Katherine D. Cappaert]" (documents #5, 6 and 7) filed March 15, 2018. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: March 19, 2018

David S. Cayer
United States Magistrate Judge