# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

|  |  |
|---|---|
| PANDUIT CORP. <br> Plaintiff, <br> v. <br> CORNING OPTICAL COMMUNICATIONS LLC <br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 5:15-CV-24-RJC-DSC <br> ) <br> ) <br> ) <br> ) <br> ) |

# ORDER

**BEFORE THE COURT** is the parties' Joint Motion to Transfer this action from the Western District of North Carolina to the Eastern District of North Carolina pursuant to 28 U.S.C. § 1404(a). The Court **GRANTS** that Motion upon the grounds stated therein and hereby transfers this action to the United States District Court for the Eastern District of North Carolina.

**SO ORDERED**.

Signed: May 23, 2018

David S. Cayer
United States Magistrate Judge